Case 4:17-po-05321-JTJ   Document 6   Filed 02/15/22   Page 1

FILED
1/24/2022
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABBEY L. KLEESE,<br><br>PETA G. KRAJEWSKI,<br>JESSE M. STEINMOUS,<br>MAGGIE A. CHONKA,<br><br>ERIN M. RAFF,<br><br><br>JOSHUA D. HOOLEY,<br><br>JOSEPH M. KEIFFER,<br><br>ROBERTA A. MORROW,<br><br>EUSEBIO R. OCHOA,<br>CARLOS G. SILVA,<br>DEMIAN W. ALLEN,<br><br>OLIVER L. GALANTE,<br><br>DANIEL S. TEMPLETON, | GLOBAL ORDER DISMISSING CITATIONS AND QUASHING WARRANTS<br><br>VIOLATION NOS. AND LOCATION CODES:<br><br>PO-17-5268-GF-JTJ<br>6564650 – M13<br>PO-17-5270-GF-JTJ<br>PO-17-5297-GF-JTJ<br>PO-17-5301-GF-JTJ<br>6564697 – M13<br>PO-17-5302-GF-JTJ<br>PO-17-5314-GF-JTJ<br>6563232, 6563233 – M13<br>PO-17-5307-GF-JTJ<br>6027989 – M13<br>PO-17-5310-GF-JTJ<br>6027163 – M13<br>PO-17-5311-GF-JTJ<br>6562755 – M13<br>PO-17-5313-GF-JTJ<br>PO-17-5315-GF-JTJ<br>PO-17-5319-GF-JTJ<br>6028016 – M13<br>PO-17-5321-GF-JTJ<br>6429111 – M12<br>PO-17-5322-GF-JTJ |
|---|---|

| | |
|---|---|
| **FERNANDO LEDESMA-SANCHEZ,** <br><br> **MEGAN L. NULL,** <br> **TRENT PACURIAN,** <br> **ISABEL A. MACKENZIE,** <br><br> **Defendants.** | PO-18-5016-GF-JTJ <br> 7574851 – M49 <br> PO-18-5023-GF-JTJ <br> PO-18-5029-GF-JTJ <br> PO-18-5039-GF-JTJ <br> 6027791 – M13 |

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim. P. 48(a), and the warrants are **QUASHED**.

DATED this 24th day of January, 2022.

_____
John Johnston
United States Magistrate Judge